UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LIONELL J. DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4175** |
| **ROBERT TANNER, WARDEN** | **SECTION "F"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lionell J. Davis's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED** for want of jurisdiction.

New Orleans, Louisiana, this 28th day of Feb., 2011.

                                         _____
                                         UNITED STATES DISTRICT JUDGE